IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01641-WYD-CBS

ROBERT W. MILLER; and
MARJORIE E. MILLER,

    Plaintiffs,

v.

U.S. DEPARTMENT OF THE INTERIOR, an agency of the U.S. government;
KEN SALAZAR, in his official capacity as secretary of the U.S. Department of the Interior;
U.S. BUREAU OF LAND MANAGEMENT, an agency of the U.S. Department of the Interior; and
DAVID HUNSAKER, in his official capacity as Colorado State Director of the U.S. Bureau of Land Management,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Joint Motion for an Order Vacating the Court's Amended Order Dated July 7, 2009, and Vacating the Judgment Dated July 14, 2009 [doc. #41], filed September 3, 2009.  The Court having reviewed the Motion and being otherwise advised in the premises therein, it is hereby

ORDERED that the Joint Motion for an Order Vacating the Court's Amended Order Dated July 7, 2009, and Vacating the Judgment Dated July 14, 2009 [doc. #41], filed September 3, 2009, is **GRANTED**.  In accordance therewith, it is

ORDERED that the Amended Order entered July 7, 2009 [doc. #28] is **VACATED** pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.  It is

FURTHER ORDERED that the Judgment entered July 14, 2009 [doc. #31] is **VACATED** pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure.

Dated: September 4, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge